# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * *
LIONI INVESTMENTS, LLC,        *
                               *
              Plaintiff,       *
                               *
       v.                      *     Nos. 16-1624L; 16-16243L
                               *     Filed:  September 8, 2017
UNITED STATES,                 *
                               *
              Defendant.       *
                               *
* * * * * * * * * * * * * * * *
```

## O R D E R

The court is in receipt of the plaintiffs' motion to voluntarily dismiss the claims of the above captioned plaintiff in the case of Reinaldo Castillo, et al. v. United States, 16-1624L. The claims associated with of Lioni Investments, LLC are, hereby, **SEVERED** from the case of Reinaldo Castillo, et al. v. United States, 16-1624L and shall be reorganized, for case management purposes, into the case Lioni Investments, LLC v. United States, and assigned Case No. 16-16243L. The court **DISMISSES**, without prejudice, the claims of Lioni Investments, LLC. As there is no just reason for delay, the Clerk's Office shall enter immediate **JUDGMENT** consistent with this Order, pursuant to RCFC 54(b). As the Order disposes of all properties of Lioni Investments, LLC, Case 16-16243L shall be **CLOSED**. Neither the dismissal of the claims of the plaintiff herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiffs in the case of Reinaldo Castillo, et al. v. United States, 16-1624L.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**